**94–96.** State v. Harris. *Summit County,* No. 16250. This cause is pending before the court on the filing of a motion for leave to appeal from the Court of Appeals for Summit County and as a claimed appeal as of right from said court. Appellant's request for an extension of time to file his memorandum in support of jurisdiction was denied by this court on January 14, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 31, 1994.

**94–143.** State ex rel. Berman v. Reda. *Franklin County,* No. 93AP–982. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On January 26, 1994 the original papers were filed. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 31, 1994.

**94–154.** State ex rel. Seikbert v. Morris. *Ross County,* No. 1893. This cause is pending before the court as an appeal from the Court of Appeals for Ross County. On March 7, 1994 the original papers were filed. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 31, 1994.

**94–163.** Shorey v. Shorey. *Cuyahoga County,* No. 66472. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Cuyahoga County to certify its record. Appellant's request for extension of time to file a memorandum in support of jurisdiction was denied by this court on March 1, 1994. It appears from the records of this court that appellant has not filed a memorandum in support of jurisdiction in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 31, 1994.

**94–273.** State ex rel. Floyd v. Wilkinson. *Franklin County,* No. 92AP–1437. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On February 14, 1994 the original papers were filed. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective May 31, 1994.

**94–370.** Wolfe v. Ohio Bur. of Emp. Serv. *Ashland County,* No. CA–1047. This cause is pending before the court as an appeal from the Court of Appeals for Ashland County. Upon consideration of appellant's application to dismiss,

IT IS ORDERED by the court that the application be, and the same is hereby, granted, effective May 31, 1994.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.